DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALRICK BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1265

[September 15, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 062014CF001491A88810.

Alrick Brown, South Bay, pro se.

No appearance required by appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***